# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE and VERONICA TINGZON,<br><br>                         Plaintiffs,<br>   vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, and DOES 1 through 20, inclusive,<br><br>                         Defendants. | CASE NO. 06cv1061-LAB (RBB)<br><br>**ORDER OF DISMISSAL** |

On January 5, 2007, the Court granted Defendant's motion for judgment on the pleadings and dismissed the complaint. Because Plaintiffs requested leave to amend, and because it was unclear whether Plaintiffs might be able to state a claim, the Court granted Plaintiffs leave to amend their complaint to correct certain deficiencies. The order instructed Plaintiffs that if they wished to file an amended complaint explaining why third-party negligence was covered under the policy issued by Defendant, they could do so within 14 calendar days of the file stamp date on the order. The Court cautioned Plaintiffs that if they failed to so amend their complaint within the time permitted, it would be dismissed with prejudice. Plaintiffs have filed no amended complaint. Because the time for amendment has passed, the complaint is hereby **DISMISSED WITH PREJUDICE**.

/ / /

/ / /

1 |      Defendant filed an *ex parte* motion for reconsideration of the Court's order of January 5,
2 | requesting that the Court dismiss Plaintiffs' claims with prejudice. They have also filed a request for
3 | judicial notice. Both are **DENIED AS MOOT**. All pending pretrial dates are likewise **VACATED**.
4 |      **IT IS SO ORDERED**.
5 | DATED: January 22, 2007

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge