# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

George Tingzon and Veronica Tingzon

V.

Liberty Mutual Fire Insurance Company

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   06cv1061-LAB(RBB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that because the time for amendment has passed, the complaint is dismissed with prejudice...................

| January 23, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/K. Johnson |
| | (By) Deputy Clerk |
| | ENTERED ON January 23, 2007 |

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

George Tingzon and Veronica Tingzon

V.

Liberty Mutual Fire Insurance Company

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   06cv1061-LAB(RBB)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that because the time for amendment has passed, the complaint is dismissed with prejudice...................

| January 23, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/K. Johnson |
| | (By) Deputy Clerk |
| | ENTERED ON January 23, 2007 |